**Dolores B. DAILEY, Plaintiff— Appellant,**

v.

**BANK OF AMERICA, Defendant— Appellee.**

**No. 03–16973.**

**D.C. No. CV–03–00411–HDM/RAM.**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2004.*

Decided June 22, 2004.

Dolores B. Dailey, Carson City, NV, pro se.

Gayle A. Kern, Reno, NV, for Defendant–Appellee.

Before HALL, LEAVY and KLEINFELD, Circuit Judges.

MEMORANDUM **

Dolores B. Dailey appeals pro se the district court's Fed.R.Civ.P. 12(b)(6) dismissal of her 42 U.S.C. § 1983 action against the Bank of America for failure to state a claim. Dailey alleges that the Bank deprived her of her property in violation of due process when a lien was placed on some of Dailey's property as a result of the Bank's failure to give notice of a judgment to the United States Bankruptcy Court or the United States Trustee.

We conclude that the district court did not err in concluding that the Bank was neither a state actor nor acting under color of state law, and in dismissing Dailey's 1983 action. *See Karim–Panahi v. Los Angeles Police Dep't,* 839 F.2d 621, 624 (9th Cir.1988).

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.